No. 745, Misc. ROGERS v. LANE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. *William C. Erbecker* for petitioner.

No. 242, Misc. MILLER v. NEBRASKA. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin K. Kammerlohr,* Assistant Attorney General, for respondent.

No. 223, Misc. AGUILAR v. OLIVER; and
No. 609, Misc. MILLER v. OLIVER ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.

No. 164. HONDA ET AL. v. KATZENBACH, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari granted. *Joseph L. Rauh, Jr.,* and *John Silard* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Richard S. Salzman* for respondent. *Thomas C. Lynch,* Attorney General of California, *Charles A. O'Brien,* Chief Deputy Attorney General, and *Charles W. Rumph,* Deputy Attorney General, for the State of California, as *amicus curiae,* in support of the petition.

No. 399. TURNER ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari granted. *Nanette Dembitz* for petitioners. *Frank S. Hogan* for respondent.

No. 456. AFROYIM v. RUSK, SECRETARY OF STATE. C. A. 2d Cir. Certiorari granted. *Nanette Dembitz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.